IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CORNELL GRIFFIN
ADC # 105924                                                                                          PLAINTIFF

V.                                            4:03CV00946 JLH/HDY

DANNY HALEY, Officer, North Little Rock Police Department              DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

### I. INSTRUCTIONS

The following recommended disposition has been sent to United States Chief District Judge Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.
2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

> 3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, AR 72201-3325

## II.  DISPOSITION

Plaintiff filed this action on November 26, 2003 (docket entry #2) while confined in the Pulaski County Jail. Thereafter, Plaintiff notified the Court (docket entry #8) of a change of address to the Tucker Unit of the Arkansas Department of Correction. The Defendant was served with process and filed an Answer (docket entry #14) in response to the Complaint on February 17, 2006.

On June 26, 2006, the case was referred to the undersigned for a recommended disposition (docket entry #17). An order (docket entry #19) was entered on August 7, 2006 directing Plaintiff to notify the Court of his current address and his intention whether to pursue prosecution of this matter. That Order, which was mailed to Plaintiff's last known address at the Tucker Unit, has been returned to the Court as undeliverable, marked "paroled." *See* docket entry #21. A search of the Arkansas Department of Correction electronic inmate database for Cornell Griffin yielded no results, and a search by Mr. Griffin's inmate number yielded no matches. Thus, it appears that Mr. Griffin has been released from custody and has failed to keep the Court apprised of his most recent address.

The Court has exhausted its resources in locating Plaintiff, and further attempts to correspond with Plaintiff at the Arkansas Department of Correction would be futile. Based on this, the Court can only conclude that Plaintiff is no longer interested in prosecuting this action.

IT IS THEREFORE RECOMMENDED that this case is be DISMISSED WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2),[1] and that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the Judgment and the accompanying Order would not be taken in good faith.

DATED this __21__ day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."