**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CORNELL GRIFFIN                                                                                              PLAINTIFF
ADC # 105924

v.                                          No. 4:03CV00946 JLH/HDY

DANNY HALEY, Officer,
North Little Rock Police Department                                                          DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     This action is DISMISSED WITHOUT PREJUDICE.

2.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 7th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE