**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CORNELL GRIFFIN  PLAINTIFF
ADC # 105924

v.  No. 4:03CV00946 JLH/HDY

DANNY HALEY, Officer,
North Little Rock Police Department  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 7th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE